**SEALED**

FILED

FEB 0 5 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.SA: |
| | § | |
| Plaintiff, | § | INDICTMENT |
| v. | § | |
| | § | [In violation of: |
| | § | 18 U.S.C. §1466A(a)(1)& (d)(4) |
| SEBASTIAN TORRES, | § | Distribution of Obscene Visual |
| | § | Representations of the Sexual |
| Defendant. | § | Abuse of Children; and] |
| | § | 18 U.S.C. §1466A(b)(1)& (d)(4) |
| | § | Possession of Obscene Visual |
| | § | Representations of the Sexual |
| | § | Abuse of Children.] |

**THE GRAND JURY CHARGES:**

# SA20CR0065JKP

## COUNT ONE
[18 U.S.C. § 1466A(a)(1)&(d)(4)]

On or about October 31, 2019, within the Western District of Texas, the Defendant,

**SEBASTIAN TORRES,**

did knowingly distribute a visual depiction of any kind, that depicts a minor engaging in sexually explicit conduct and is obscene, and has been shipped and transported in interstate and foreign commerce by any means, including by computer, and that has been produced using materials that have been shipped and transported in interstate and foreign commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 1466A(a)(1) and (d)(4).

## COUNT TWO
[18 U.S.C. 1466A(b)(1)&(d)(4)]

On or about October 31, 2019, within the Western District of Texas and elsewhere, the Defendant,

1

SEBASTIAN TORRES,

did knowingly possess one or more visual depictions that depicts a minor engaging in sexually explicit conduct, and is obscene, and has been shipped and transported in interstate and foreign commerce by any means, including by computer, and that has been produced using materials that have been shipped and transported in interstate and foreign commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* **Fed. R. Crim. P. 32.2**]
**Possession of Obscene Visual Representation of the Sexual Abuse of Children Violation and Forfeiture Statute**
**[Title 18 U.S.C. §§ 1466A(a)(1), (b)(1) and (d)(4), subject to forfeiture pursuant to Title 18 U.S.C. §§ 1467(a)(1) and (3)]**

As a result of the foregoing criminal violations set forth in Count One, the United States of America gives notice to Defendant **SEBASTIAN TORRES**, of its intent to seek the forfeiture of any forfeitable property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 1467, which states:

> **Title 18 U.S.C. § 1467. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense involving obscene material under this chapter shall forfeit to the United States such person's interest in-
>
>> **(1)** any obscene material produced, transported, mailed, shipped, or received in violation of this chapter;
>> ....
>> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such.

2

This Notice of Demand for Forfeiture includes, but is not limited to, the cellular phone belonging to the defendant and seized be law enforcement during the investigation of this case.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY:

TRACY THOMPSON
Assistant United States Attorney

3